IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODGER HUGHES, | ) | |
| | ) | Civil Action No. 05 - 760 |
| Plaintiff, | ) | |
| | ) | Judge Joy Flowers Conti |
| vs | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| CSX TRANSPORTATION, INC., et al | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IS HEREBY ORDERED** this 25th day of May, 2006, that Plaintiff's Pretrial Narrative Statement shall be filed no later than June 23, 2006 and shall comply with Local Rule 16.1.4A. Defendant's Pretrial Narrative Statement shall be filed no later than July 21, 2006 and shall comply with Local Rule 16.1.4A. Material facts not identified in the pretrial narrative statements may be excluded upon objection or *sua sponte*. Witnesses or exhibits not identified in a pretrial narrative statement shall not be admissible at trial, except for an exhibit to be used solely for impeachment purposes. The parties shall not amend or supplement their pretrial narrative statements absent leave of court.

Plaintiff's Petition for a Status Conference (Doc. No. 24) is **DENIED** without prejudice to refile after the case has been transferred back to the District Judge.

Lisa Pupo Lenihan
United States Magistrate Judge

cc: All parties of record